IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-1408

MARLENE MURPHY,                          )
                                         )
                  Appellant,             )
                                         )
         v.                              )          **ORDER**
                                         )
TROY STALEY and                          )
STEPHANIE J. BUTLER,                     )
                                         )
                  Interested Parties.    )

The court DISMISSES this appeal for failure to prosecute.

SO ORDERED.  This 26 day of March, 2026.

                                         _____
                                         JAMES C. DEVER III
                                         United States District Judge